■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANADO BENT, Appellant. [609 NYS2d 855] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered October 5, 1992, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Copertino, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERONICA BISHOP, Appellant. [609 NYS2d 854] —Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Vaughan, J.), imposed December 3, 1992.

Ordered that the sentence is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by her as part of her plea bargain *(see, People v Allen,* 82 NY2d 761; *People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1).

We have, however, examined the defendant's contention that the sentence was excessive and find it to be without merit *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Sullivan, Miller, Ritter and Pizzuto, JJ., concur.